IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WARREN GREEN**                                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 4:14CV00649 BSM**

**NORTH LITTLE ROCK SCHOOL DISTRICT,**
**NORTH LITTLE ROCK HIGH SCHOOL (WEST)**                          **DEFENDANTS**

**JUDGMENT**

Consistent with the order that was entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE