Case: 4:14-cv-00649-BSM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 13 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Warren Green
220 East 19th Street
North Little Rock, AR 72114

---

**UNITED STATES DISTRICT COURT**
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2014 NOV 18  AM 9:35

neopost
11/12/2014
US POSTAGE $0


NIXIE       722    DE 1009      0011/:
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 72201339919      *0355-01686-